# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

ORDER OF THE DOCUMENTS

1. COVER PAGE

2. FEDERAL CASE

3. AFFIDAVIT OF FACTS BY NEGATIVE AVERNMENT

4. DEPARTMENT OF STATE DOCUMENT

5. AFFIDAVIT OF OWNERSHIP

6. AFFIDAVIT OF TRUTH AND FACT

7. AFFIDAVIT OF DENIAL OF CITIZENSHIP

8. DENIAL OF RIGHTS UNDER COLOR OF LAW

9. THE RIGHT TO TRAVEL

10. LEGAL NOTICE AND DEMAND

NEW JERSEY FEDERAL COURT
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Melvin family of Young<br>In propria person<br>              Petitioner | Crimes<br><br>1. Fraud<br>2. Kidnapping<br>3. Unlawful Arrest<br>4. Trespassing on private<br>    property , Extortion<br>5. Threat, duress, collusion |
| GALLOWAY TOWNSHIP<br>MUNICIPAL COURT<br>ADMINITRATIVE LAW JUDGE<br>HOWARD FREED | 6. New Jersey State<br>    CONSTITUTION<br>    violations<br>7. United States Constitution<br>    violations |
| <br>              Respondent | 8. Racketeer Influenced and<br>    Corrupt organization Act<br>9. Conflict Of Interest |

(Summons Numbers # E-102772 , E-102773

On APRIL 07 2018,,  GALLOWAY TOWNSHIP Police did state Melvin Young violate state statue 39:3-40 Driving while license are revoked or suspended-(Truth never licensed to be revoked or suspended).

Summons was filed in GALLOWAY TOWNSHIP Municipal Court based upon assumption of a mutual contract between the State of New Jersey, Incorporated, and myself, Melvin Young (mutual contact does not exist).

The respondent made there accusations in GALLOWAY TOWNSHIP Municipal Court in a malicious attempt to deprive petitioner of my rights, liberty, and proceeded to extort funds from me under color of law, duress, coercion, and threat of imprisonment.

The State of New Jersey Incorporated is in violation of established law (1. The right to travel; the right to mode of conveyance; the right to locomotion are absolute rights and the police cannot make void the exercise of right, State vs. Armstead 60 s. 778, 779, and 781:, 2. The use of the highways for purpose of travel and transportation is not a mere privilege, but a common and fundamental right of which the public and natural being cannot be deprived, Chicago Motor Coach vs. Chicago 37 Illinois 200, 169, N.E. 22 ALR, Lisare vs. Chicago 139 Illinois 46 28 HE 934, Boone vs. Clark 214 s.w. 607, 25 AM jur (1st.) Highway, Sec. 163 to Travel

A. The right of a citizen to travel upon public highways and to transport ones property thereon either by carriage or automobile is not a mere privilege which a city may prohibit at will but a common right which he/she has under the right to life, liberty, and the pursuit of happiness; Thompson vs. Smith n154, S.E. 579

B. State police power extends only to immediate threat to public safety, health, welfare etc. Michigan vs. Duke 266 U.S. Led. At 449

C. The state is prohibited from violating substantive rights, Owen vs. City 445 US 662 (1980) and it cannot do by one power (police office) that which is for example prohibited expressly to any other such power US and UT vs. Daniels 22 P 159., Fairbanks vs. US 181 US 283, 294, 300:,

D. Where rights secured by the constitution are involved there can be no rule making or legislation which would abrogate them- Miranda vs. Arizona 384 US 4336, 125:.

E. The claim and exercise of a constitutional right can not be converted into a crime- Miller vs. Kansas 230 F2nd 48b, 487, 489.

F. For a crime to exist there must be an injured party (delicit) there can be no sanction or penalty imposed on one because of this constitutional right – Sherer vs. Cullen 481. F. 945

G. Want of jurisdiction may not be cured by consent of parties- industrial addiction association vs. C.I.R. 323. US 310, 313.

H. There exists an inherently dangerous conflict of interest between the judges who work for Mullica Township Municipal Court Incorporated, prosecutors who work for Mullica Township Municipal Court Incorporated and police officers who work for Mullica Township Municipal Court Incorporated therefore respondent did not come with the doctrine of clean hands and are in want of personum jurisdiction .

The Clearfield doctrine is stare decisis upon its corporate rules unless it like any other corporation is "holder-in-due-course" of some contract or commercial agreement between it and the one on whom its demands for performance are made, and is willing to produce said document and to place the same into evidence before trying to enforce its demands. Governments descends to the level of a mere private citizen were private corporate commercial paper (federal reserve notes) and securities (checks) is concerned for purpose of suit such corporations and individuals are regarded as entirely separated from government see [Clearfield Trust company vs. United States, us 363-37/ (1942)

An exception to the rule of judicial jurisdiction and the Absence of jurisdiction. Were an act is done in clear absence of all jurisdiction and this is known to the judge there is no immunity see (Jonson vs. Mac coy.278 F.2nd 37,9th cir.1960)see also Kenny vs Fox F.2nd,Rhodes vs Houston 202 Fed supp.624)

Before a court can render a judgment it must have subject-matter jurisdiction and personal Jurisdiction , subject-matter jurisdiction is the power of the courts to entertain or adjudge the type of question involved in a case and not dependent upon the particular acts presented see ( Thrasher VS. United States Liab Ins Co., 19 NY 2nd 159 , 166 , 225 , N.E. 2d 503 , 506 , 278 N.Y. S . 2 D , 793, 798 (1967 ).

Either party can move to dismiss an action on the grounds that the court does not have subject matter jurisdiction CPLR 3211 ( a ) ( 2 ) th or the court can take note of the lack of competence jurisdiction on its own volition , under HUTCHINSON vs STATE ind.477 N.E. 2 d 850,854, Fed. Evid.201 , and Court lacks , personam jurisdiction , and there is a Diversity of Citizenship issue in this matter, and this is Truly a Property dispute.

Requesting that the Constitution be enforced and the law of rights be upheld.

-

Respectfully submitted

Devine Flesh and Blood Being

JURAT


SUBSCRIBED AND AFFIRMED; On this ___14___ day of ___January___ ,2019 AD Before me appeared Melvin K. Young known to me on the basis of Satisfactory evidence to be the man whose name is subscribed on this document .


WITNESS MY HAND AND OFFICIAL SEAL

_____
NOTARY PUBLIC


PENNY L. IRELAND
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 24, 2020

IN THE **SPECAIL MARITIME / ADMIRALTY COMMERCIAL/STATUTORY MUNICIPAL COURT CITY OF GALLOWAY TOWNSHIP**

| | |
|---|---|
| **STATE OF NEW JERSEY** , ENS LEGIS<br>(MUNICIPAL COURT OF GALLOWAY) ) | **IN MARITIME/ ADMIRALTY** |
| VS | ) (Summons Numbers # E-102772,<br>) E-102773, |
| ( **MELVIN KAMAR YOUNG** ), ENS LEGIS )<br>(A NON-EXISTING **LEGALLY FICTIOUS,** )<br>**STRAWMAN** / DUMMY CORPORATION )<br>Transmitting Utility, and **ARTIFICIAL PERSON**) )<br>**As the accused / defendant** )<br>**MELVIN family of YOUNG**<br>**In Propria Persona, Sui Juris,**<br>(Secured Party Creditor Beneficiary and **Natural Person** ) | **AFFIDAVIT OF FACTS** |
| | ) BY SPECIFIC NEGATIVE AVERMENT |
| **As injured Third Party, Intervener and** ) | AND DENIAL OF CORPORATE<br>) EXISTENCE |
| Counter Plaintiff )<br>VS )<br>**STATE OF NEW JERSEY**, ENS LEGIS )<br>"(MUNICIPAL COURT CITY OF GALLOWAY )<br>**As Counter Defendant** ) | |

## AFFIDAVIT OF FACTS BY SPECIFIC NEGATIVE AVERNMENT AND DENIAL OF CORPORATE EXISTENCE

_____A verified plain statement of facts:
NOTICE OF AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, Melvin family of Young, In Propria Persona, Sui Juris, a natural common law man hereinafter " Affiant", being of legal age, sound mind, and clean conscious, have first hand knowledge of the facts contained herein and am competent to state the following matters, that they are to the best of my knowledge true, correct and complete, presented in good faith, and not intended to mislead.

### ACCEPTANCE OF FOREIGN STATUS

1. There is **no evidence** that Affiant is a UNITED STATES OF AMERICA INCORPORATED citizen, subject, Member, Officer, Trustee, Worker, Employee, Employer, vessel or " person" or any ens legis artificial entity , procedural phantom, legal fiction or juristic personality.
2. Affiant has seen **no evidence** that affiant is not foreign to and without the UNITED STATES OF AMERICA IN-CORPORATED INTER-NATIONALITY, and believes that no such evidence exists.

1. There is **no evidence** that Affiant is a UNITED STATES OF AMERICA INCORPORATED citizen, subject, Member, Officer, Trustee, Worker, Employee, Employer, vessel or "person" or any ens legis artificial entity, procedural phantom, legal fiction or juristic personality.

2. Affiant has seen **no evidence** that Affiant is not foreign to and without the UNITED STATES OF AMERICA IN-CORPORATED INTER-NATIONALITY, and believes that no such evidence exists.

3. There is **no evidence** that Affiant has or is visiting, passing through, residing in, or is situated within the UNITED STATES OF AMERICA INCORPORATED INTERNATIONAL jurisdiction, nor has the ability to visit, reside in, pass through, or be situated within the UNITED STATES OF AMERICA INCORPORATED and INTERNATIONAL jurisdiction.

4. Affiant has seen **no evidence** that any party that would order, re-present or persuade Affiant to falsely present himself as a UNITED STATES OF AMERICA INCORPORATED/INTERNATIONAL citizen, vessel or person directly or by deception, device, misnomer, mistaken identity, warrant or indictment, real or imagined, will not be engaging in Enticement to Slavery, Perjury of Oath, assault on a Foreign Official and a violation of the Convention de La Haye du 5 October 1961 ("Hague Convention"), and believes that **no such evidence exists**.

5. As an official of a sovereign foreign jurisdiction, Affiant denies having ever knowingly sworn allegiance to or volunteered to submit to the UNITED STATES OF AMERICA INCORPORATED, its agents or political subdivisions, or any jurisdiction foreign to Affiant (i.e. common law, natural law, divine law, and the American Constitutional Laws).

6. There is no evidence that Affiant has at any time knowingly, willingly and intentionally sworn allegiance to or volunteered to submit by statute, contract or other device to the UNITED STATES OF AMERICA, its agents and political subdivision(s), or any jurisdiction foreign to Affiant.

**For purposes of this affidavit and attached process**, if in any, the terms "UNITED STATES OF AMERICA" "STATE OF NEW JERSEY" " ATLANTIC COUNTY "or any derivation thereof refers to the corporation, and all agents, employees, subdivisions and representatives thereof, without any implied submission to the UNITED STATES OF AMERICA , "STATE OF NEW JERSEY" " ATLANTIC COUNTY" or such private CORPORATE STATUTES, CODES, REGULATIONS, ACTS, ORDINANCES and RULES.

7. **Affiant denies that** the use of a notary public, Federal Reserve Promissory Notes, or any other public facilities, when alternatives are generally unavailable, comprises Affiant's submission to any political jurisdiction contrary to his Declaration of Political Status, the creation of an adhesion contract expressly or tacitly with the UNITED STATES OF AMERICA or any other party real or imagined, or an appearance before any body or tribunal, administrative or judicial, real or imagined. RIGHTS, REMEDIES, JURISDICTION.

8. Affiant has seen **no evidence** of a defect in the definition of the UNITED STATES OF AMERICA as a corporation, and believes that no such evidence exists.

9. There is **no evidence** that Affiant waives, has waived, or intends to waive any rights, remedies or defenses including, without limitation, the defense of want for in rem and in personam.

10. There is **no evidence** that Affiant is liable on any Government statutes or codes, including, without limitation, UNITED STATES OF AMERICA Codes and statutes and codes of any of Respondents' political subdivisions.

## IN PERSONAM

11. **There is no evidence** that a fictional corporation can secure in personam jurisdiction regarding Affiant, a living man, without a voluntary election to submit.

12. **Affiant denies** that Affiants' use of private letters rogatory, notices and affidavits comprises an appearance or submission to any jurisdiction foreign to Affiant.

13. **There is no evidence** that Affiants' use of private letters rogatory, notices and affidavits comprises an appearance or submission to any jurisdiction foreign to Affiant.

14. **There is no evidence** that distress, restraint, injury, incarceration or distraint of any type pursuant to an assumption of in personam jurisdiction where none exists does not comprise a theft within the special maritime jurisdiction, assault, battery, fraud, perjury of oath, insurrection, plunder, kidnapping, assault on a foreign official, and other high crimes against mankind.

15. **There is no evidence** that Affiant, Affiant's property and/or interests are subject to the jurisdiction of any of Respondents' officers or agents.

## IN REM

16. **There is no evidence** that the UNITED STATES OF AMERICA has not stipulated that legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG),(YOUNG MELVIN)(Trademark and Copy written CORPORATE LEGALLY FICTION NAME) or any orthographic variations thereof is an artificial juristic personality created by the UNITED STATES OFAMERICA INCORPORATED/INTERNATIONAL and therefore inherently **without the ability to appear before any court**.

17. As **the law does not permit impossibilities, Affiant denies** having authority or ability to produce legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG), (YOUNG MELVIN) or any orthographic variations thereof for an appearance before any UNITED STATES OF AMERICA INC. tribunal.

18. **There is no evidence** that Affiant possesses authority or ability to produce legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG),(YOUNG MELVIN) or any orthographic variations thereof for an appearance before any UNITED STATES OF AMERICA INC. tribunal.

19. Absent a vessel subject to seizure, **Affiant denies the existence of a Court in vacuo other than mala fide on a mare clausum.**

20. **Affiant has seen no evidence** that in the absence of a vessel subject to seizure, a Court in Admiralty can exist, and believes that no such evidence exists.

21. Legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG),(YOUNG MELVIN) or any orthographic variations thereof lacking sentience, is unable to self-execute a contract with Respondents, and **no such contracts exist**.

22. **Affiant denies having received full disclosure** of the benefits and liabilities associated with the creation of legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG),(YOUNG MELVIN) or any orthographic variations thereof.

23. **There is no evidence** that the UNITED STATES OF AMERICA provided to Affiant full disclosure of the benefits and liabilities associated with the creation of legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG),(YOUNG MELVIN) or any orthographic variations thereof

24. **In the absence of such disclosure, there is no evidence** that the UNITED STATES OF AMERICA was not and does not necessarily remain the trustee and liable party for all actions and liabilities attributed to legal fiction (Melvin Young),(Young Melvin), (MELVIN YOUNG),(YOUNG MELVIN) or any orthographic variations thereof as an operation of law.

25. **There is no evidence** that failure to rebut this Affidavit point-by-point or exhibit a power of attorney authorizing Respondents to verify or disqualify Affiant's Declaration of Political Status within three (3) days (in accordance with the "Truth and Lending Act") of this date will not comprise Respondents' confession to enticement to slavery.

26. In the event Respondents jointly or severally impair Affiant or Affiant's interests, freedom or Claim against legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG),(YOUNG MELVIN) or any orthographic variations thereof, **there is no evidence** that failure to rebut this Affidavit point-by-point or exhibit a power of attorney within three (3) days of this date authorizing Respondents to verify or disqualify Affiant's Declaration of Political Status will not comprise Respondents' confession to theft within the special maritime jurisdiction, assault, battery, fraud, perjury of oath, insurrection, plunder, kidnapping, embezzlement, treason, extortion, assault on a foreign official, and other high crimes against mankind.

## FOREIGN RELATIONS

27. Affiant has **seen no evidence** that the UNITED STATES OF AMERICA, a corporate body politic, has a circumscribed geographic boundary, which has been published and registered for public notice.

28. **Affiant denies being an enemy** of the UNITED STATES OF AMERICA, at war with the UNITED STATES OF AMERICA, engaging in insurrection against the UNITED STATES OF AMERICA, or belligerent to the UNITED STATES OF AMERICA

29. **There is no evidence** that Affiant is an enemy of the UNITED STATES OF AMERICA, at war with the UNITED STATES OF AMERICA, engaging in insurrection against the UNITED STATES OF AMERICA, or belligerent to the UNITED STATES OF AMERICA.

30. **Affiant denies liability** to or for any Government statutes or codes, including, without limitation, statutes and codes of any of Respondents' political subdivisions.

31. **Affiant has seen no evidence** that MELVIN YOUNG orYOUNG MELVIN or any orthographic variations thereof a fictional corporate entity for profit and gain, exists, and believes that no such evidence exists.

32. **Affiant has seen no evidence** of the existence of the Offer, and believes that no such

evidence exists. OFFERS AND CLAIMS.

33. **There is no evidence** that the information or indictment in Case No. E-102772 ,E-102773("Offer") does not comprise an offer to create/expand funds under public policy and a negotiable instrument upon acceptance.

34. **There is no evidence that the Offer** and Affiant's acceptance thereof do not comprise a Settlement Agreement ("Agreement") between the presenter and acceptor.

35. **There is no evidence** that the Agreement will not prevent waste of public funds, and that dishonor of same would not comprise a willful waste of public resources.

## DEFAULT STIPULATIONS

36. **There is no evidence** that notary certification of Respondents' default did not comprise Respondents' stipulation that no facts are in dispute and no controversy exists in the above-noted matter.

37. **There is no evidence** that upon notary certification of Respondents' default, Respondent is not estopped as an operation of law from any and all further judicial or administrative actions in this matter against Affiant's property, collateral, interests and/or freedom.

38. **There is no evidence** that upon notary certification of Respondents' default, Respondents did not waive in perpetuity all rights, remedies and defenses in and at law, equity, commerce and admiralty regarding the above-referenced matter and consequential actions which may be brought to cure Respondents' commercial dishonors and/or actions undertaken outside the opposite bond/oath of office, such waiver of rights to include, without limitation, waiver of the right to argue, raise a controversy or initiate litigation or arbitration in any venue or jurisdiction foreign or domestic against Affiant or Affiant's interests, property or freedom.

39. **There is no evidence** that notary certification of Respondents' default did not comprise Respondents' agreement to the filing of such consequential actions, judicial or administrative, as Affiant may deem necessary to purge Respondents' liabilities.

40. **There is no evidence** that notary certification of Respondents' default does not comprise as an operation of law Respondents' stipulation jointly and severally to the facts and confessions listed on all notices and Schedules annexed hereto.

## DENIAL OF ASSUMPTIONS

41. **Affiant denies the existence of any contracts, express or implied, between Affiant and Respondent or any other party,** real or pretended, in this matter. **There is no evidence of the existence of any such agreements** express or implied.

42. **Affiant denies that Affiant and legal fiction** MELVIN YOUNG , or any orthographic variations thereof are co-business partners. **There is no evidence** that Affiant and legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG), (YOUNG MELVIN) or any orthographic variations thereof are co-business partners.

43. **Affiant denies being a surety for legal fiction** MELVIN YOUNG,YOUNG MELVIN or any orthographic variations thereof. **There is no evidence** that Affiant is a surety for legal fiction, (Melvin Young),(Young Melvin),(MELVIN YOUNG),(YOUNG MELVIN) or any orthographic variations thereof.

44. **Affiant denies serving as trustee for any foreign situs or constructive trust**, in particular for legal fiction (Melvin Young),(Young Melvin),(MELVIN YOUNG), (YOUNG MELVIN) or any orthographic variations thereof. There is no evidence that Affiant serves as trustee in any foreign situs or constructive trust.

45. **Affiant denies being, acting as, or being capable of** being a "citizen," "resident," "individual," "resident individual," "nonresident individual," "part-year resident individual," "part-year resident trust," "resident estate," resident trust," "nonresident estate," "nonresident trust," "person," or "qualified taxpayer" of or relative to the UNITED STATES OF AMERICA, US, the STATE OF NEW JERSEY  ATLANTIC COUNTY or any corporate jurisdiction or Government entity or political subdivision. **There is no evidence** that Affiant is capable of being any of the aforementioned legal fiction entities.

46. **Affiant denies engaging in the conduct of a trade or business in** the UNITED STATES OF AMERICA, US, STATE OF NEW JERSEY,  ATLANTIC COUNTY or any Government entity or political subdivision. **There is no evidence** that Affiant engages in the conduct of a trade or business in any of the aforementioned locations.

47. **There is no evidence** that Affiant is a UNITED STATES OF AMERICA vessel either documented or undocumented.

48. **Affiant denies involvement with Federal Reserve** Promissory Notes, interstate banking, or any benefit or privilege involving the discharge of debt under public policy.


49 **There is no evidence** that Affiant is involved with Federal Reserve Promissory Notes, interstate banking, or any benefit or privilege involving the discharge of debt under public policy.

50 **Affiant denies the right of any party to impair Affiant's private contracts**. There is no evidence of the right of any party to impair Affiant's private contracts without such party confessing to Enticement to Slavery and Theft within the Special Maritime Jurisdiction.

51. **There is no evidence contravening** the maxim of law that silence comprises agreement in commerce, equity, admiralty, Lex Mercatoria and public policy.

52. **There is no evidence contravening** the maxim of law that an affidavit stands as truth in commerce, equity, admiralty, Lex Mercatoria and public policy **unless rebutted point-by-point by an Affidavit which is sworn to the same degree of commercial risk.**

53. **There is no evidence** that an answer indicating "NA," "not applicable," "inapposite" or similar dishonors, or failure to answer any point herein would not be unresponsive and comprise stipulation to all facts in this affidavit pursuant to the maxim that silence comprises agreement.

54 **There is no evidence** that failure to respond to this Verified Affidavit of Facts point-by-point will not comprise Respondents' confession affirmed to all terms and statements herein.

55. **All words herein are as Affiant defines them**. The contents of all boxes herein are included in their entirety by reference. No text within the said boxes shall be excluded by convention or otherwise. As a free, sovereign, living, flesh-and-blood inhabitant on the land in undiminished capacity and full standing in law, the Undersigned executes and

provides herewith to Respondent the following affidavit that Respondent must execute, in red or blue ink and notarized, and return to the Undersigned within three (3) days or be in default thereof: a. **Affidavit of Specific Negative Averment**; In order to satisfy the rules of bona fide commerce and be of any force, effect, and credibility, any communication of any kind received by the Undersigned re this matter by Respondent and any other party, hereinafter jointly and severally referenced as "Offeror," must be executed under affidavit certified and sworn true, correct, and complete with full personal and commercial responsibility for the truth, accuracy, relevance, and verifiability of everything Offeror alleges, with the following documents attached in support of said affidavit: b. **Copy of Offeror's insurance policy and bond of office**, proving the existence of Offeror's commercial liability and the extents thereof and providing all details required to identify the underwriter of the bond and all criteria needed to file a claim against said bond. c. **Duly executed Bill of Peace,** bearing original signature in red or blue ink and notarized, contractually agreeing the Offeror is not committing an act of war by acting in any manner against the Undersigned re Offer. d. **Proof that all relevant corporate entities** enumerated in the Undersigned's Affidavit of Specific Negative Averment **exists, are solvent, and possess capacity to sue and be sued. e. Proof of Offeror's bona fide authority** and bonding to act as a third-part debt collector re this matter.

f. **Proof that the undefined and unproved all-capital-letter being/entity/person/ corporation** /whatever, i.e. **Trade Name, exists** and Offeror holds bona fide claim thereon **superior to claim of the Undersigned**. Failure by Offeror to comply with each and every demand set forth above establishes **on the record Offeror's confession and consent of judgment that Offeror is**:

g. **Acting without commercial liability** and thereby in an **ultra vires** manner in private, unlimited-liability capacity and can be sued accordingly.

h. Committing **treason** and engaging in war against the Undersigned, the United States of America and the people, relieving the Undersigned of all obligations to transact any commercial business with Offeror, a Self- proclaimed enemy, in accordance with the criteria set forth.

i. **Acting in private capacity** outside of all bona fide corporate authority.

j. **Acting without authority** and bonding and therefore in an **ultra vires, private capacity, and can be sued or prosecuted accordingly.**

k. **Acting against Trade Name**, i.e. an other wise non-existent and unproved being/ entity/person/corporation/whatever, on **which neither Offeror nor Offeror's Agency holds bona fide and verifiable claim superior** to established claim of the Undersigned. If not rebutted within 10 DAYS by lawful evidence to the contrary, this affidavit is at law evidence that **the court has not joined the true party of interest and a default exists.** Failure to present evidence to the contrary of the Affiants testimony, will be evidence that all parties stipulate to the facts herein as true, correct and complete. **Aggrieved Defendant objects to the martial law war powers summary judgment of this court** and lack of due process and **I reserve all my rights under the common law** and **I do not voluntarily waive any rights**. Wherefore Affiant moves the court to dismiss With Prejudice all

executed under affidavit certified and sworn true, correct, and complete with full personal and commercial responsibility for the truth, accuracy, relevance, and verifiability of everything Offeror alleges, with the following documents attached in support of said affidavit: b. **Copy of Offeror's insurance policy and bond of office,** proving the existence of Offeror's commercial liability and the extents thereof and providing all details required to identify the underwriter of the bond and all criteria needed to file a claim against said bond. c. **Duly executed Bill of Peace,** bearing original signature in red or blue ink and notarized, contractually agreeing the Offeror is not committing an act of war by acting in any manner against the Undersigned re Offer. d. **Proof that all relevant corporate entities** enumerated in the Undersigned's Affidavit of Specific Negative Averment **exists, are solvent, and possess capacity to sue and be sued. e. Proof of Offeror's bona fide authority** and bonding to act as a third-part debt collector re this matter.

f. **Proof that the undefined and unproved all-capital-letter being/entity/person/ corporation** /whatever, i.e. **Trade Name, exists** and Offeror holds bona fide claim thereon **superior to claim of the Undersigned.** Failure by Offeror to comply with each and every demand set forth above establishes **on the record Offeror's confession and consent of judgment that Offeror is:**

g. **Acting without commercial liability** and thereby in an **ultra vires** manner in private, unlimited-liability capacity and can be sued accordingly.

h. Committing **treason** and engaging in war against the Undersigned, the United States of America and the people, relieving the Undersigned of all obligations to transact any commercial business with Offeror, a Self- proclaimed enemy, in accordance with the criteria set forth.

i. **Acting in private capacity** outside of all bona fide corporate authority.

j. **Acting without authority** and bonding and therefore in an **ultra vires, private capacity, and can be sued or prosecuted accordingly.**

k. **Acting against Trade Name,** i.e. an other wise non-existent and unproved being/ entity/person/corporation/whatever, on **which neither Offeror nor Offeror's Agency holds bona fide and verifiable claim superior** to established claim of the Undersigned. If not rebutted within 10

DAYS by lawful evidence to the contrary, this affidavit is at law evidence that **the court has not joined the true party of interest and a default exists.** Failure to present evidence to the contrary of the Affiants testimony, will be evidence that all parties stipulate to the facts herein as true, correct and complete. **Aggrieved Defendant objects to the martial law war powers summary judgment of this court** and lack of due process and **I reserve all my rights under the common law** and **I do not voluntarily waive any rights.** Wherefore Affiant moves the court to dismiss With Prejudice all allegations for lack of jurisdiction, consent, and contract, in the matter before the court.

8

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

"I, (MELVIN): of the (YOUNG) family, In Propria Persona, Sui Juris, a natural common law man, on my own unlimited commercial liability, certify that I have read the above affidavit of facts by specific negative averment and denial of corporate existence and do know that the facts contained therein are to the best of my knowledge true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth." Signed this        day of                           2018.

L.S. _____

(MELVIN): of the (YOUNG) family, In Propria Persona
Sui Juris Autograph: by Special Limited Appearance,
In Rerum Natura, All Rights Exclusively Reserved.
Without Prejudice UCC 1-207 & 1-308.
Real party in interest under injury.

**Use of a Notary or Commissioner of Affidavits is for attestation and verification purposes only and does not constitute a change in status or entrance or acceptance of foreign jurisdiction.**

## JURAT/ACKNOWLEDGMENT

For verification purposes only On this_____ day and date of _____
A.D. _____, ., Principal did personally appear before me,
is known to be the natural man operating in the requisite capacity for signature described herein, who executed the foregoing, acknowledged the contents thereof; and executed the same as his/her free will act and deed.

**Subscribed and agreed to before the undersigned; Witnessed by my hand and official seal,**

_____          _____

Notary name PRINTED          Notary Signature Seal/Stamp

9



18033500-1



# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of New Jersey, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirtieth day of April, 2018.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

By _____

Secretary of State

Assistant Authentication Officer,
Department of State

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY

CERTIFY THAT

VINCENT T ARRISI

WHO HATH SIGNED THE FOREGOING CERTIFICATE, WAS, AT

THE DOING THEREOF, AND NOW IS

STATE REGISTRAR

IN AND FOR THE STATE OF NEW JERSEY DULY APPOINTED,

AND SWORN ACCORDING TO LAW, AND THAT FULL FAITH AND

CREDIT ARE TO BE GIVEN TO THE OFFICIAL ATTESTATIONS;

AND I FURTHER CERTIFY, THAT THE SEAL THERETO ANNEXED

IS THE OFFICIAL SEAL, AND THAT THE SAID SIGNATURE

IS IN THE PROPER HANDWRITING OF THE SAID

VINCENT T ARRISI.

IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
7TH  DAY OF AUGUST A.D. 2015



Robert A Romano
Acting State Treasurer

Certificate Number: 137040979
Verify this certificate at
ttps://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

A0010041928

REG-16
Aug 90
H3635

**New Jersey State Department of Health**

**CERTIFICATE OF LIVE BIRTH**

STATE USE ONLY

**0069083**

| NAME OF CHILD (First) | (Middle) | (Last) |
| --- | --- | --- |
| MELVIN | KAMAR | YOUNG |

| 2a. DATE OF BIRTH | 2b. HOUR | 3. SEX | 4a. PLURALITY | 4b. IF NOT SINGLE BIRTH, THIS CHILD BORN: |
| --- | --- | --- | --- | --- |
| 8-5-91 | 10:30 AM | ☒ MALE ☐ FEMALE | ☒ SINGLE ☐ TWIN ☐ OTHER ____ (specify) | ☐ 1st ☐ 2nd ☐ OTHER ____ (specify) |

6. PLACE OF BIRTH

1 ☒ HOSPITAL          3 ☐ CLINIC/DOCTOR'S OFFICE     5 ☐ OTHER - specify:
2 ☐ FREESTANDING BIRTHING CENTER    4 ☐ RESIDENCE

| 5a. NAME OF FACILITY (if not institution, give Street and Number) | 5c. CITY, TOWN, OR LOCATION OF BIRTH | 5d. COUNTY OF BIRTH |
| --- | --- | --- |
| COOPER HOSPITAL/UMC | CAMDEN | CAMDEN |

| 6a. MOTHER - Maiden Name | 6b. DATE OF BIRTH | 6c. BIRTHPLACE (State or Foreign Country) |
| --- | --- | --- |
| KIMBERLY RENEE YOUNG | 11-29-60 | NJ |

| 7a. RESIDENCE - State | 7b. COUNTY | 7c. CITY OR TOWN | 7d. STREET AND NUMBER | 8. INSIDE CITY LIMITS |
| --- | --- | --- | --- | --- |
| NJ | CAMDEN | CAMDEN | 1769 PERSHING ST. | ☒ YES ☐ NO |

9. MOTHER'S MAILING ADDRESS (if same as residence, enter Zip Code Only)

08104

| 10a. FATHER - Name | 10b. DATE OF BIRTH | 10c. BIRTHPLACE (State or Foreign Country) |
| --- | --- | --- |
| | | |

| 11a. NAME OF INFORMANT | 11b. RELATIONSHIP TO CHILD |
| --- | --- |
| KIMBERLY YOUNG | MOTHER |

| 12a. CERTIFIER - Name | 12b. MAILING ADDRESS (No. & Street or PO Box, City/Town, State, Zip) |
| --- | --- |
| DEREK CHAPMAN MD | 3 COOPER PLAZA CAMDEN NJ 08103 |

13a. I CERTIFY THIS CHILD WAS BORN ALIVE AT THE PLACE, TIME, AND DATE SHOWN.
Signature _[signature]_ M.D.

| 13b. DATE OF SIGNATURE | 14. ATTENDANT | |
| --- | --- | --- |
| 8/20/91 | ☒ MD  2 ☐ DO  3 ☐ CNM  4 ☐ OTHER MIDWIFE  5 ☐ OTHER (specify): | |

15a. REGISTRAR - Signature _[signature]_

15b. DATE RECEIVED

AUG 29 1991

DATE ISSUED: **August 6, 2015**

ISSUED BY:
**New Jersey Department of Health**
**Office of Vital Statistics and Registry**

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*

REG-42A
JAN 13

_[signature]_

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



*THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED*

AFFIDAVIT OF OWNERSHIP

State of NEW JERSEY)

County of ATLANTIC )

To all to whom these presents shall come , Greetings;

RE: BIRTH CERIFICATE;

I the undersigned of lawful age and being first duly sworn on oath , depose and state
that I am familiar with the facts recited , and the party named in said birth certificate
is the same party as one of the owners named in said certificate of title Numbered
A0010041928; and File Numbered 1991 0069083 and that there after the Registrar
of Titles shall treat Melleon Free EL registered owner as having attained the age of
the majority at a date 18 years after the date of birth shown by said certificate , and
was born in Camden City , New Jersey at Cooper University Hospital , Registrar ,
Vincent T. Arrisi , Grantee Melvin Kamar Young Registered on August 29 , 1991 ;
Grantors Kimberly Renee Young .

JURAT

I _____ , A NOTARY PUBLIC of said County and State , above
do hereby certify that Melleon Free El _____ personally
appeared before me this day and acknowledged the execution of the foregoing
instrument , Witness my hand and official seal , this _17_ day of _May_ , 2018. I
Declare or ( certify , verify , state) under penalty of perjury , and under the laws of
the United States of America that the foregoing is true and correct .

Signature _____ Date _5/17/18_ seal

PENNY L. IRELAND
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 24, 2020

State Of New Jersey )

Atlantic County        )

## AFFIDAVIT OF TRUTH AND FACT

1. I MELVIN YOUNG Being of sound mind state these facts and know them to be True correct and not misleading .

2. I gave Tahliyah Gaskins a ride in my car on April 7, 2018 to Galloway Township to Liberty Motel on White Horse Pike .

3. I dropped her off an proceeded to return home , the Police pulled me over minutes after dropping her off, for they say improper lane change.

4. They asked for my license and registration ,I gave them my registration and cooperated with, them ,then they asked if they could search my car , an I replied yes because I didn't have anything to hide

5. The Police found on the back seat in plain site about 6 or 7 bags some empty some with powder in them.

6. The person who was in the back seat was Tahliyah Gaskins , and she is willing to own up to her property which are those bags of powder that belongs to her ,and she is admitting that the bags of powder that was found in my back seat were hers and that I had no knowledge of them.

RESEPCTFULLY SUBMITTED

BY _____

DATE 4/12/18

*Tahliyah Gaskins*

JURAT

WITNESS MY HAND AND OFFICIAL SEAL

_____
NOTARY PUBLIC

DATE 4/12/18



OFFICIAL SEAL
DAVINNA P. KING-ALI
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires Oct. 5, 2022

Affidavit Of Denial OF US Citizenship

To : TERESA WAY dba U.s. SECRETARY OF STATE , and all success and assigns (or other public official)

I , mellion free el , beneficial owner of MELVIN KAMAR YOUNG dba MELVIN KAMAR YOUNG , hereby and forever , state , claim and declare I am not nor have I ever been a U.S. Citizen or U.S. National .

Let it be known by all immigration clerks and the Secretaries Of States for now and forever I am not and nor will ever be a U.S. Citizen or U. S. National . You have Three ( 3 ) Days to bring forth your proof that I am . I declare under penalty of perjury under the laws of the United States Of America , the forgoing is true and correct .

Executed On _6/5/18_ By; _____
                        Mellion Free EL ,
                        Without the United States

JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness' thereof

County Of _Atlantic_____ State Of New Jersey

Subscribed and Sworn to (or affirmed) before me on this _5___ day of
_June 2018_____

Proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me.

Signature _____ SEAL
          Kamelah Young
          NOTARY PUBLIC

Kamelah Young
Notary Public
New Jersey
My Commission Expires 11-13-22
No. 2426950

| Form **CQL** | Violation Warning Denial of Rights Under Color of Law | |
|---|---|---|

| Name and c/o address of injured party | Name and address of Notice Recipient |
|---|---|
| Melvin young 36Pacifi Avenue.. Pleasantville..N.J.08232 | Mullica Township Municipal Court,4528 White Horse Pike Mullica,N.J.,08217 |

Injured party's statement:

I reserve all rights and demand that the above mentioned Recipient TAKE NOTICE: That

/

t certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.
Injured party's signature

By:                                                    Executed December 28 ,2018

## Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a person under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

(18 USC §242] provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States
... shall be fined under this title or imprisoned not more than one year, or both.
[18 USC §245] provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program ,facility, or activity provided or administered by the United States; [or) applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
[42 USC §1983) provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency .

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand this notice.

JURAT

i, Kamelah Young     certify that I personally witness the signing of this notice.

I Set My Hand And Seal Of Office On This 2 Day Of December 2018.

Kamelah Young
NOTARY PUBLIC

Privacy Form (22.01) • Almost the United States

Kamelah Young
Notary Public
New Jersey
My Commission Expires 11-13-22
No. 2426950

# THE RIGHT TO TRAVEL
## DESPITE ACTIONS OF POLICE AND LOCAL COURTS, HIGHER COURTS HAVE RULED THAT AMERICAN CITIZENS HAVE A RIGHT TO TRAVEL WITHOUT STATE PERMITS
By Police Officer Jack McLamb, Ret.
Reprinted from *Aid and Abet*, a newsletter for members of Law Enforcement, Military, National Guard and Coast Guard

For years professionals within the criminal justice system have acted on the belief that traveling by motor vehicle was a "privilege" that was given to a citizen only after approval by their state government in the form of a permit or license to drive. In other words, the individual must be granted the privilege before his use of the state highways was considered legal.

Legislators, police officers, and court officials are becoming aware that there are court decisions that disprove the belief that driving is a privilege and therefore requires government approval in the form of a license. Presented here are some of these cases:

CASE #1: "The use of the highway for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived." - *Chicago Motor Coach v. Chicago*, 169 NE 221.

CASE #2: "The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common law right which he has under the right to life, liberty, and the pursuit of happiness." *Thompson v. Smith*, 154 SE 579.

It could not be stated more directly or conclusively that citizens of the states have a common law right to travel, without approval or restriction (license), and that this right is protected under the U.S Constitution.

"The right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment." *Kent v. Dulles* (1958) 357 US 116, 125.

"The right to travel is a well-established common right that does not owe its existence to the federal government. It is recognized by the courts as a natural right." - *Schactman v. Dulles* 96 App DC 287, 225 F2d 938, at 941.

As hard as it is for those of us in law enforcement to believe, there is no room for speculation in these court decisions. American citizens do indeed have the inalienable right to use the roadways unrestricted in any manner as long as they are not damaging or violating property or rights of others.

Government -- in requiring the people to obtain drivers licenses, and accepting vehicle inspections and DUI/DWI roadblocks without question -- is restricting, and therefore violating, the people's common law right to travel.

/

Is this a new legal interpretation on this subject? Apparently not. This means that the beliefs and opinions our state legislators, the courts, and those in law enforcement have acted upon for years have been in error. Researchers armed with actual facts state that case law is overwhelming in determining that to restrict the movement of the individual in the free exercise of his right to travel is a serious breach of those freedoms secured by the U.S. Constitution and most state constitutions. That means that the encroachment by means of licensing and roadblocks is unlawful.

The revelation that the American citizen has always had the inalienable right to travel raises profound questions for those who are involved in making and enforcing state laws.

The first of such questions may very well be this: If the states have been enforcing laws that are unconstitutional on their face, it would seem that there must be some way that a state can legally put restrictions -- such as licensing requirements, mandatory insurance, vehicle registration, vehicle inspections to name just a few -- on a citizen's constitutionally protected rights. Is that so?

For the answer, let us look, once again, to the U.S. courts for a determination of this very issue.

In *Hurtado v. California* (1884) 110 US 516, the U.S. Supreme Court states very plainly: "The state cannot diminish rights of the people."

And in *Bennett v. Boggs*, 1 Baldw 60, "Statutes that violate the plain and obvious principles of common right and common reason are null and void."

Would we not say that these judicial decisions are straight to the point-- that there is no lawful method for government to put restrictions or limitations on rights belonging to the people?

Other cases are even more straight forward:

"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." *Davis v. Wechsler*, 263 US 22, at 24.

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." *Miranda v. Arizona*, (1966) 384 US 436, 491.

"The claim and exercise of a constitutional right cannot be converted into a crime." *Miller v. US*, 230 F 486, at 489.

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." *Sherer v. Cullen*, 481 F 946.

We could go on, quoting court decision after court decision; however, the Constitution itself answers our question - Can a government legally put restrictions on the Rights of the American people at anytime, for any reason? The answer is found in Article Six of the U.S. Constitution:

2

"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof;...shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or laws of any State to the Contrary notwithstanding." - Supremacy clause.

In the same Article, it says just who within our government that is bound by this Supreme Law:

"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution..."

Here's an interesting question. Is ignorance of these laws an excuse for such acts by officials?

If we are to follow the letter of the law, (as we are sworn to do), this places officials who involve themselves in such unlawful acts in an unfavorable legal situation. For it is a felony and federal crime to violate or deprive citizens of their constitutionally protected rights. Our system of law dictates that there are only two ways to legally remove a right belonging to the people.

These are (1) by lawfully amending the constitution, or (2) by a person knowingly waiving a particular right.

Some of the confusion on our present system has arisen because many millions of people have waived their right to travel unrestricted and volunteered into the jurisdiction of the state. Those who have knowingly given up these rights are now legally regulated by state law and must acquire the proper permits and registrations.

There are basically two groups of people in this category:

(1) Citizens who involve themselves in commerce upon the highways of the state.

Here is what the courts have said about this:

"...For while a citizen has the right to travel upon the public highways and to transport his property thereon, that right does not extend to the use of the highways...as a place for private gain. For the latter purpose, no person has a vested right to use the highways of this state, but it is a privilege...which the (state) may grant or withhold at its discretion..." *State v. Johnson*, 245 P 1073.

There are many court cases that confirm and point out the difference between the Right of the citizen to travel and a government privilege and there are numerous other court decisions that spell out the jurisdiction issue in these two distinctly different activities. However, because of space restrictions, we will leave it to officers to research it further for themselves.

3

(2) The second group of citizens that is legally under the jurisdiction of the state are those citizens who have voluntarily and knowingly waived their right to travel unregulated and unrestricted by requesting placement under such jurisdiction through the acquisition of a state driver's license, vehicle registration, mandatory insurance, etc. (In other words, by contract.)

We should remember what makes this legal and not a violation of the common law right to travel is that they knowingly volunteer by contract to waive their rights. If they were forced, coerced or unknowingly placed under the state's powers, the courts have said it is a clear violation of their rights.

This in itself raises a very interesting question. **What percentage of the people in each state have applied for and received licenses, registrations and obtained insurance after erroneously being advised by their government that it was mandatory?**

Many of our courts, attorneys and police officials are just becoming informed about this important issue and the difference between privileges and Rights.

We can assume that the majority of those Americans carrying state licenses and vehicle registrations have no knowledge of the rights they waived in obeying laws such as these **that the U.S. Constitution clearly states are unlawful, i.e. laws of no effect -- laws that are not laws at all.**

An area of serious consideration for every police officer is to understand that the most important law in our land which he has taken an oath to protect, defend, and enforce, is not state laws and city or county ordinances, but the law that supersedes all other laws -- **the U.S. Constitution.** If laws in a particular state or local community conflict with the supreme law of our nation, there is no question that the officer's duty is to uphold the U.S. Constitution.

Every police officer should keep the following U.S. court ruling -- discussed earlier -- in mind before issuing citations concerning licensing, registration, and insurance:

**"The claim and exercise of a constitutional [protected] right cannot be converted into a crime."** *Miller v. US*, 230 F 486, 489.

And as we have seen, traveling freely, going about one's daily activities, is the exercise of a most basic Right.

WITNESS MY HAND AND OFFICAL SEAL

BY _____

DATE _5 - 5 - 2018_

NOTARY          PUBLIC

Kamelah Young
Notary Public
New Jersey
Commission Expires 11-13-22
No. 2426950

<hr>

Space above this line for recording purposes only

<hr>

# <u>LEGAL NOTICE AND DEMAND</u>

FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*

*NON WAR POWERS*
*ACT FLAG*

**To:** All State, Federal and International Public Officials,
<u>THIS IS A CONTRACT IN ADMIRALTY JURISDICTION</u>
THIS TITLE IS FOR YOUR PROTECTION
**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of John-Henry: Doe or the trust in representation thereof. This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine.**"

For a Collateral list that is subject to this documentation please see both Security Agreement under Item No.: 8591-MFE - SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

**I,** Melvin Kamar Family of Young, Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification not an agreement/omission/contract/covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

**It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.**

**The** undersigned tendering this document is a Secured Party/Bailee by fact; **not:**

| | | |
|---|---|---|
| 1)  a Strawman Vessel in Commerce, | | 1) the "United States of America", |
| 2)  Corporate Fiction, | | 2) the "government of the United States" |
| 3)  Legal Entity, | of, for, by, or to | 3) the "State of **NEW JERSEY CORPORATION**" |
| 4)  *ens legis*, | | 4) or to "<u>UNITED STATES Corporation</u>", |
| 5)  or Transmitting Utility, | | |

also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF **NEW JERSEY CORPORATION**", or by whatever name same may currently be known or be hereafter named, and the like.

Further, the undersigned is **not:**

1)  a citizen within;    to the "<u>UNITED STATES CORPORATION</u>" [28 U.S.C. §3002(15)(A)], also known
2)  surety for;    as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by
3)  subject of;    whatever name it may currently be known or be hereafter named, (excluding the

**4)** an officer of

**5)** and does not owe
    a.  allegiance,
    b.  fealty, bond,
    c.  undertaking,
    d.  obligation,
    e.  duty,
    f.  tax,
    g.  impost,
    h.  or tribute

"united states of America" and the "government of the United States as created in the original "Constitution for the united States of America", circa 1787") or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including but not limited to the "STATE OF NEW JERSEY INC.", or by whatever name it may currently be known or hereafter named (excluding the, "Republic of NEW JERSEY INC.."), and the like.

This is now being a matter of public record.

**The Vessel in Commerce** known as MELV IN KAMAR YOUNG© initially created as a trust (also known by identifying numbers 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?/F51028076) by the Government/Parents for the benefit of the Undersigned, Melvin Kamar Young as beneficiary on 8-5-2012. On, Aug. 5, 2012 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of MELVIN KAMAR YOUNG© for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1) matters are not being handled with efficiency
2) in many respects matters are not being taken care of at all
3) usurpation of funds is occurring
4) there is rampant fraud and deceit
5) position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "
If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856,]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. MELVIN KAMAR YOUNG© TRUST, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because Melvin Kamar Family of Young, a Natural Man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as MELVIN KAMAR YOUNG TRUST© was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, MELVIN KAMAR YOUNG© TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Melvin Kamar Young, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowing not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to MELVIN KAMAR YOUNG TRUST©, and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name MELVIN KAMAR YOUNG© TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, MELVIN KAMAR YOUNG© as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by form 56.

**The Undersigned** now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of New Jersey" and to the said de facto compact (Corporate) commercial STATES, including the "STATE OF NEW JERSEY", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the ▮▮▮▮▮▮▮▮▮▮ SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding t he Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

**With** silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyance, operating under "Color of Authority". Let this be known by the "**Good Faith (Oxford) Doctrine**" to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of NEW JERSEY", whether of the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, suppl ies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

**This** notice is in the nature of a Miranda Warning *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Melvin kamar Young or
MELVIN KAMAR YOUNG© TRUST (simply know herein as Trust) as foretasted am not a citizen within; surety for; subject of; and do not owe allegiance, or fealty as foretasted to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

**By** this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of NEW JERSEY", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's t itle, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

**NOTE:** A true and correct notarized copy of this **Statute Staple Securities Instrument** has is on file not only with the Secretary of State's office , but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF NEW JERSEY", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

- **Take note**; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of NEW JERSEY" which

are applicable to non-domestic non-assumpsit non- residents on sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

**BE WARNED, NOTICED, AND ADVISED** that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of NEWJERSEY", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of NEW JERSEY", and NEW JERSEY penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of NEW JERSEY", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

**Remember in** taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of NEW JERSEY against all enemies, foreign and domestic. Violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

**This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

**The** liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:**

**-Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass**

without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering,** and or **Abuse of Authority**

as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Assault and Battery with Weapon:**

$3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Unlawful Distraint, Unlawful Detainer,** or **False Imprisonment:**

$5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest.

**The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:**

- $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property.

| | |
|---|---|
| **-Assault** or **Assault and Battery without Weapon; -Unfounded Accusations by officer of the court; -Denial and or Abuse of Due Process; -Obstruction of Justice; Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained; -Counterfeiting Statute Staple Security Instruments; -Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will:** | $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| **-Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property** | including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract. |
| **The Undersigned** does not grant entrance under any circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission. | Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator. |

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increasee by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first $(31^{st})$ day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

## CAVEAT

**The** aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of NEW JERSEY", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against The Undersigned.

**By** your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity y in any forum. You're knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

## IGNORANCE OF THE LAW IS NO EXCUSE

**I, Melvin Kamar Young**, Trustee/Secured Party/Bailor am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive honorable "Bill of Rights."

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of NEW JERSEY." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of APOSTILLE to SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The Undersigned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

**Should** you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The Undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of NEW JERSEY", i.e., "Republic of NEW JERSEY ", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEWJERSEY", or by whatever name same may currently be known or be hereafter named, and the like.

**This** document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date notarized on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:**
Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted

**Your** failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other

relevant matters as described herein or related thereto in any manner whatsoever. <u>You have Thirty (30) days, from the date of receipt of these documents by the Secretary of State's office</u> , to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1)  signed, certified, authenticated documents of the laws that rebut these declarations point by point
2)  In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3)  Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4)  Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
    a.  full legal name
    b.  address;
    c.  name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
    d.  supervisor's name and mailing address
5)  certified copy of oath(s) of office if such is required by law;
6)  if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7)  if the person is required by law to be bonded
    a.  a certified copy of the person's official bond,
    b.  name, address, and phone number of the bonding company;
8)  if covered by a corporate insurance policy
    a.  a certified copy of the insurance policy
    b.  the name, address, and phone number of the insurance company
9)  if a beneficiary of a CAFR
    a.  a certified copy of the CAFR policy
    b.  the name, address and phone number of the administrator.
10)  This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non response is agreement. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations

**Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives. If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of NEW JERSEY", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a

term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from any one, either through itself or through another, by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another. The judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

### NOTICE TO CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

LS: _____

Melvin K. Young,
Trustee/Secured Party/Bailor
authorized representative of
Melvin Kamar Young TRUST

**SUBSCRIBED AND AFFIRMED:** On this _5th_ day of _May_, 2018__ AD before me appeared Melvin Kamar Young, known to me or proved to me on the basis of satisfactory evidence to be the man whose name is subscribed on this **Statute Staple Securities Instrument**.

_Kamelah Yang_
Notary Public
My Commission Expires _Nov 13 2022_

SEAL:

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of John-Henry: Doe to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of NEW JERSEY", i.e., "Republic of New Jersey", or to your "UNI T E D ST AT E S CORP OR AT ION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW JERSEY", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

LS: _Mel Free El_               LS: _____
First Witness:                      Second Witness:
Date: _J- -5- 18_                   Date: _5 -5- 18_

# ATTACHMENTS 'A' - DEFINITIONS

1. **Abuse of Authority**: Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of NEW JERSEY". This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Trustee/Secured Party/Bailee (hereafter Secured Party). This includes use of restraint devices on the Secured Party and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this Contract.

2. **Abuse of Due Process**: Means any action against the Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of NEW JERSEY     This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation".

3. **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Official, Agent, Branch of Government, Group, Authorized Representative, Policeman, Police Officer, Participant**: Means any person, Corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "government of the United States" or the "UNITED STATES Corporation" or any of its subsidiaries, sub- Corporations, departments, or agencies, etc. The word "**Representative**" where used in this Contract, shall have the same meaning.

4. **Aiding and Abetting**: Means the efforts of any Representative of the "government of the United States" or the "UNITED STATES Corporation" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, the Secured Party from receiving any and all rights, benefits, privileges, as provided by the Constitution for the united States of America, the Bill of Rights, and/or the "Constitution of the State of NEW JERSEY" or that would normally be offered to a citizen of the United States or of the State of NEW JERSEY This also includes the provisions as provided in item #62 "**Racketeering**" and suppression of evidence.

5. **Appellation**: means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood man.

6. **Artificial Person**: Means a fictitious entity/trust that was created by the "government of the United States" and/or parents acting unknowingly in concert or the "UNITED STATES Corporation" for transacting in commerce. This artificial Man or Strawman is represented by the all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the Secured Party, it is a transmitting utility.

7. **Assault and Battery with Weapon**: Means any use of, threatened, or perceived use of any weapon, against Secured Party, by any Representative of the "government of the United States" or the "UNITED STATES Corporation" that creates an atmosphere of fear for the Secured Party. This includes non-lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Secured Party will be accepted as truth and will not be contested.

8. **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon the Secured Party without the express voluntary written consent of Secured Party. If a conflict arises about the facts involving the incident, the version as told by the Secured Party will be accepted as truth, without question, and will not be contested.

9. **Bill of Rights**: Means, for the purposes of this Contract, the original "Bill of Rights" to the "Constitution for the united States of America" circa 1791.

10. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multijurisdictional Corporation.

11. **Coercion or Attempt to Coerce**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to threaten, intimidate, deprive, conceal, or in any way prevent the Secured Party from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" the Honorable "Bill of Rights", "Constitution of the State of NEW JERSEY.", or to knowingly allow or instruct another to do so.

12. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from the Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Secured Party. No officer of any court or Representative of the "government of the United States" or the "UNITED STATES Corporation" may conceal any law and/or any evidence of any kind that is considered relevant by the Secured Party, and/or fail to disclose any law that benefits the Secured Party.

13. **Conduit**: means of transmitting and distributing energy and the effect/product of labor, such as goods and services, via the name, "MELVIN KAMAR YOUNG TRUST ©", also known by any and all derivatives and variations in the spelling of said name with the exception of "John-Henry: Doe ".

14. **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive the Secured Party of any right, benefit, or privilege that would ordinarily be offered by the Constitution for the united States of America, the Bill of Rights, and/or "Constitution of the State of NEW JERSEY and/or to a citizen of the United States or of the State of MY*DOMICILE. This also includes the provisions in item #62. "**Racketeering**".

15. **Contract**: Means any agreement in writing that has been offered for review and acceptance by another party, wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated

in the contract. Non Response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any means other than those as are indicated in the contract will be non-response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. Notice to Agent is Notice to Principal and Notice to the Principal is notice to Agent.

16. **Corporate Capacity**: Means acting for, or on behalf of, a Corporation, or government entity, while under law or color of law.

17. **Corporate Fiction**: A Corporation, a creation of the law that does not actually exist in nature, like a natural man or woman; a legal entity that is false and not real, but which the law assumes to be true.

18. **Corporation**: Means any Representative, agency, sub-Corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "government of the United States" or the "UNITED STATES" Corporation".

19. **Constitution for the united States of America**: Means, for the purpose of this Contract, "The Constitution for the united States of America" circa 1787, as opposed to the "Constitution of the UNITED STATES" Corporation circa 1868.

20. **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner who is the Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Secured Party will be accepted as fact without question and will not be contested.

21. **County or City**: Means any subdivision of any State of the "united States of America." This term excludes any jurisdiction, zone, or territory of the "UNITED STATES Corporation" unless described by the Secured Party in all CAPITAL letters. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Secured Party and will not be challenged by any Representative of the "UNITED STATES Corporation".

22. **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Secured Party that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Secured Party. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

23. **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Secured Party.

24. **Denial of Due Process**: Means any attempt by any officer of the court and or the "government of the United States" or the "UNITED STATES Corporation" to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Secured Party as outlined in the "Constitution for the united States of America" the Honorable "Bill of Rights, and/or the "Constitution of the State of NEW JERSEY." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of NEW JERSEY is null and void and will not be used in any action against any Secured Party.

25. **Deprivation of Rights or Property**: Means the concealment, keeping from, hiding, obstructing of any rights, property, privileges or immunities that are outlined or protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of NEW JERSEY."

26. **Derivative:** means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

27. **Destruction of Property**: Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Secured Party or the Trust.

28. **Disrespect:** Means anything said or written to the Secured Party or Trust that Secured Party or Trust does not like, including body language, or anything that makes Secured Party or any reasonable man uncomfortable, or have fear.

29. **Encroachment**: Means to invade, intrude, or in any way prevent the Secured Party or Trust from enjoying the full and complete use of property, including the acts of trespass; impeding ingress or egress to the property of the Secured Party or Trust; or limiting the ability of the Secured Party or Trust to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of property. This includes the placing or filing of an unlawful lien, levy, burden, charge, liability, garnishment, attachment or encumbrance against any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of the Secured Party or Trust. This includes,

but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful property owned by, in possession of, or under the control of the Secured Party or Trust.

30. *Ens Legis*: The term "*ens legis*" means a creature of the law; an artificial being, such as a Corporation, considered as deriving its existence entirely by the law, as contrasted with a natural person/natural man or woman.

31. **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the united States of America. This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if the Secured Party has lived in a community or has lived in one community or area for more than one year, provided that he has not recently moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

32. **Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to delay, inhibit, prevent, or in any way stop a Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest.

33. **Failure to Identify**: Means any time the Secured Party or Trust has interaction with any Representative of the "government of the United States" or the "UNITED STATES Corporation", the Representative must, upon request of the Secured Party or Trust, provide proper identification, written proof of authority, state what his business is with the Secured Party, complete a public servants questionnaire in advance of arrest or detention, provide documentation properly identifying the officer or respondents superior's name and contact information, and any other relevant information as requested by the Secured Party. The officer may not detain the Secured Party for more than ten (10) minutes while he obtains this information.

34. **Failure to Respond**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to ignore, inhibit, withhold, delay, or deny a request for information from a Secured Party or Trust.

35. **False Imprisonment**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to incarcerate any Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of NEW JERSEY."

36. **Federal Zone**: See - **"Jurisdiction of the "Government of the United States" and of the "United States Corporation"**

37. **Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of the Secured Party to speak at hearings and trials, before magistrates, judges, officers of the court, Representatives, or the like, of the "government of the United States" or the "UNITED STATES Corporation". It also means that no attempt to suppress this right will be made by any officer of the court, Representatives, or the like of the "government of the United States" or the "UNITED STATES Corporation". No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Secured Party.

38. **Government of the United States**: The term "government of the United States", when used in this Contract, means the government that was originally established in the "Constitution for the united States of America" adopted in 1787, and does not include any "imposter government" known by any name whatsoever, no matter how similar in spelling the name of any such "imposter government" may appear to be to the spelling of the name of the constitutionally authorized "government of the United States". It is to be noted that the term "United States" as used here is "plural" and not "singular" in number, as is the name "UNITED STATES" used by the "imposter government" (i.e., "UNITED STATES Corporation") now acting as the "government of the United States'.

39. **Hold-harmless and Indemnity Agreement:** means Hold-harmless and Indemnity Agreement No. 8591MEA-HHSA. This Agreement may be amended and modified in accordance with the Declaration of Trust.

40. **Ignore:** Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Secured Party or Trust.

41. **Illegal Arrest**: Means same as below item #84, "**Unlawful Arrest**".

42. **Personal Capacity**: Means acting on one's behalf, in one's individual capacity, to do a thing. A Representative acting under law or color of law and *ultra vires* of the Representative's official capacity as assigned by the law, or acting in violation of his/her oath(s) of office take on personal liability.

43. **Interpretation**: Means if any conflict arises concerning the definition of any of the terms and or conditions of this Contract, the conflict concerning the meaning of the term or condition will be decided by the Secured Party. Secured Party's decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Secured Party due to his interpretation of such terms and or conditions.

44. **Interstate Detainer**: Means the same as unlawful detainer as when involving the Secured Party and involving more than one Representative, agency or STATE of the "government of the United States" or the "UNITED STATES Corporation", or any Representative who has any agreement with, contract with, or permission to act on behalf of any municipal Corporation of the "government of the United States" or the "UNITED STATES Corporation" or any subsidiary or sub-Corporation thereof.

45. **Jurisdiction of the "government of the United States" and of the "United States Corporation"** (If indeed the later has any jurisdiction at all.): The constitutionally authorized "government of the United States" is recognized by the Secured Party as having exclusive legislative jurisdiction only over the following geographic areas: **1.** The District of Columbia, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; **2.** Federal enclaves within the States, such as land, property or buildings which the Government of the united States of America has purchased by the consent of the legislatures of the States for purposes of erecting

Attachment A - Definitions                    Page 3 of 8                              8595MFE

forts, magazines, arsenals, dock-yards, and other needful buildings, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; and **3.** Territories and possessions belonging to the Government of the United States, as authorized by Article 4, Section 3, Clause 2 of the Constitution for the united States of America.   The imposter government - "UNITED STATES Corporation" - while having no real jurisdiction, as no jurisdiction has been lawfully granted, can nevertheless have no claim, even under color of law, to exercise jurisdiction except in those areas where the constitutionally authorized "Government of the United States" has been granted jurisdiction by the sovereign people.  The area just described over which the "Government of the United States" lawfully" exercises jurisdiction is also referred to as the "Federal Zone", and all private property held by the Secured Party, which properties are located outside of the Federal Zone are therefore outside of the jurisdictions of the "Government of the United States" and the "UNITED STATES Corporation".  Additionally, the constitutionally authorized "Government of the United States" is recognized by the Secured Party as having jurisdiction only as to those matters which the sovereign people, through their several State governments gave to the "Government of the United States", which powers are exclusive as to the powers not granted by the sovereign people through their several State governments and powers reserved to the States by the 10th Amendment to the Constitution for the united States of America.  These are the facts and may be presented in any court by affidavit of the Secured Party, where any property or property interest belonging to Secured Party or Trust is involved in any interaction with the "Government of the United States" or the "UNITED STATES Corporation" or any of its Representatives, as outlined in this Contract.

46. **Juristic person:** means an abstract, legal entity, ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; and imaginary entity such as **TRUST**, i.e. "MELVIN KAMAR YOUNG TRUST ©" which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Secured Party/Trustee/Beneficiaries. *"From the earliest of times the law; has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizeable library. the historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to ways of men in carrying on their affairs through what is now the familiar device of the corporation---Attribution of legal rights and duties to a juristic person other then man is necessarily a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched". Cardozo, J., in Berkley v. Third Avenue R. Co., 244 N.Y 84, 94. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason". See U.S. v. SCOPHONY CORP OF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 UTsTl Observation: A person has a property right in the use of his or her name which a person may transfer or assign. Gracy v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).*

47. **Lawful 4th Amendment Warrant**: Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the united States of America." This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

48. **Legal Counsel**: Means anyone that the Secured Party or Trust chooses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association. Counsel may assist, represent, speak on behalf of, write cases for, or perform any act in or out of court for the Secured party or Trust without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or Representative of the "government of the United States" or the "UNITED STATES Corporation", or any Representative thereof.

49. **Legal Status**:  Means the two classes of Natural Men and Women recognized in the Constitution for the united States of America – "People" and "Persons". Legal Status in the united States of America defines the rights, duties, capacities, incapacities, privileges, and immunities assigned to each legally recognized class of natural persons.  Legal Status also determines to a large degree the type of "Citizenship" to which each class legally recognized class of natural persons is assigned.  See definitions for "People" and "Persons" below.

50. **Living, breathing, flesh-and-blood man:** means the Trustee "John-Henry: Doe" a sentient, living being, as distinguished from an artificial entity, juristic corporation, partnership, association, and the like. "There, *every man is independent of all laws, except those prescribed by nature. He is not bound by any institution formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S E 70.*

51. **Natural Man or Woman:** Means a sentient, flesh and blood, living, breathing, biological man or woman, created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman." This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents that is represented by the All Capital Letter Name.

52. **Natural Man or Woman Secured Party**: Means any flesh and blood, living, breathing Man or Woman, created by God, who notifies any Representative of the "government of the United States" or the "UNITED STATES Corporation", verbally or in writing, that he is not a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, to the "united States of America", the "government of the United States", the "State of NEW JERSEY", i.e., "Republic of NEW JERSEY", or to the "UNITED STATES Corporation". This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents and is represented by MELVIN KAMAR YOUNG TRUST ©. Any attempt to notify any Representative of the status of the Secured Party will be sufficient notice.  Sufficient notice will be determined by oath, statement, or affidavit by the Secured Party; and the validity of such will not be challenged by any officer of the court.

53. **Non obstante:** means words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects and/or purposes.

54. **Obstruction of Justice**: Means any attempt by any officer of the court or Representative of any agency that represents the "government of the United States" or the "UNITED STATES Corporation", or any of its subdivisions, agencies, contractors, etc., to deprive, hinder,

conceal, coerce, threaten the Secured Party or Trust in an attempt to prevent his any and every opportunity to legally/lawfully defend him/herself by attempting to produce and file lawful documents, and or testimony, to officers, judges, magistrates, the court, clerk of court, or Representatives, in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court from hindering the Secured Party or Trust from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the Secured Party or Trust. Any evidence will be tried on merits of the lawful content and validity. Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, CAFR funds, corporate property, bank accounts, and savings accounts of value to the Secured Party upon written demand and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Secured Party. This also includes the provision as indicated in item #62 "**Racketeering**".

55. **Oppressing Government**: Means any Government or Representative thereof that shall have transgressed against Secured Party or Trust or any of Secured Party's or Trust's property, rights, privileges, capacities, or immunities in any respect.

56. **Peers**: Means the same as the definition of a Secured Party.

57. **People:** The "People" are those natural men and women who hold the sovereignty in joint tenancy in the united States of America and the several States, by virtue of the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France. The "People" are those who were the free inhabitants in the several States and their posterity (paupers, vagabonds and fugitives from justice excepted), who ordained and established the "Constitution for the united States of America" in 1787 and the Bill of Rights of 1791, for themselves and their posterity, and who established the constitutions for the several states, reserving unto themselves and their posterity the sovereignty of both the united States of America and the several states. The "People" are not citizens of or subject to the jurisdiction of the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, or to your " UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW JERSEY", or by whatever name same may currently be known or be hereafter named, and the like. The "People" are citizens first of the State in which they reside, and second of the united States of America.

58. **Person:** The word "Person", when used in this Contract and written in upper and lower case letters shall mean a natural man or woman, and not an incorporeal person. Further, a "Person" is distinguished from a "People", in that the "People", hold the sovereignty in the united States of America (see: "People" #57), and the "Persons" derive all of their rights and privileges from the "People", through the Constitution for the united States of America and the Constitutions for the several States. The "Persons" are identified in the Constitution for the united States, first at Article 1, Section 9, Clause 1, their rights and privileges and defenses and protections are defined at Amendment Five of the Bill of Rights, and their duties and citizenship status are defined at Amendment Fourteen of the Constitution for the united States of America.

59. **Presumption**: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Secured Party or Trust. No presumption shall prevail against the Secured Party or Trust without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record, under penalty of perjury.

60. **Public Record**: Means any record or document placed into the public by the Secured Party. For example, when this document is recorded at a Register of Deeds office or Secretary of States, it becomes a public record.

61. **Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

62. **Racketeering**: Means any attempt by any two or more officers of "government of the United States" or the "UNITED STATES Corporation", to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive the Secured Party from receiving every right, benefit, or privilege or exercising every immunity that is outlined by the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of NEW JERSEY.". This also includes any effort by the officers of the court or any Representative of "government of the United States" or the "UNITED STATES Corporation", to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Secured Party or Trust, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

63. **Reckless Endangerment**: Means any attempt by any officer of the court or Representative of "government of the United States" or the "UNITED STATES Corporation", as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of the Secured Party or Trust. This includes dangerous driving in a car, use or threatened use of lethal or non-lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Secured Party will be considered as truth.

64. **Representative**: Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-Corporation, contractor, employee, inspector, individual or Corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., of or for "government of the United States" or the "UNITED STATES Corporation", or anyone, or anything

that represents the interests of, or is being funded by, or receives funds from, or has any attachment to "government of the United States" or the "UNITED STATES Corporation", or any of their Representatives, sub divisions or sub-Corporations.

65. **Rights and Defenses**: Means Secured Party's or Trusts legal and/or lawful right and/or ability to defend himself/ herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/herself in a given action. This includes tacit agreement or agreement by default; and the Secured Party is never the defendant.

66. **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

67. **Right to Travel**: Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Representative of "government of the United States" or the "UNITED STATES Corporation", that in any manner willfully causes adverse effects or damages upon the Secured Party or Trust by an arrest, inhibition, detainment, restraint, deprivation or prevention.

68. **Secured Party**: In this Contract, the term "Secured Party", means a "Trustee/Secured Party Creditor/Bailee", which means John-Henry: Doe, a natural, living, Breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction and/or the appointment declared under declaration of trust appointing another or additional "Trustee/Secured Party Creditor/Bailee" as stated therein.

69. **Sentient, living being** means the Trustee "Melvin Kamar Young" a living, breathing, flesh-and-blood man, as distinguished

from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like.

70. **State**: The word "State", which is distinguished in this Contract by being written in upper and lower case letters, means any of the fifty independent sovereign nations, states and republics which make up the Union and are commonly referred to and known as states of the "united States of America" (For example: the "State of NEW JERSEY", i.e., "Republic of New Jersey"), which use of the word "State" is not the same as a "STATE" of the "UNITED STATES Corporation" and any such "State" is not a creation or subdivision thereof, and is not subject to the jurisdiction thereof.

71. **STATE**: The word "STATE", which is distinguished in this Contract by being written in all upper case letters, means any of the de facto compact (Corporate) commercial states contracting within the "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, by way of example, including, but not limited to the "STATE OF NEW JERSEY", or by whatever name same may currently be known or be hereafter named. STATES are a part of and subject to the jurisdiction of the "UNITED STATES Corporation", and are not States of the "united States of America". As a condition of this Contract, the Secured Party will determine **1**. Whether or not any State is a part of the "UNITED STATES Corporation", and **2**. Whether the alleged offense occurred within the limits of the "UNITED STATES Corporation", and such determination will never be challenged by any Representative of the "UNITED STATES Corporation". A violation of this provision will be #87 Unlawful Determination and punishable as indicated by this Contract.

72. **Statute Staple Securities Instrument**: Means a registered (by way of the post office registered mail) bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Secured Party.

73. **Strawman**: In this documentation the term "strawman" means the Debtor, i.e., JOHN HENRY DOE©, also known as JOHN HENRY DOE TRUST© or simply Trust or TRUST and any and all variations and derivatives of the spelling of said name except John-Henry: Doe; a front, a third party who is put up in name only for participating in a transaction. The "strawman" is synonymous with # 76. "Transmitting Utility".

74. **The Placing or Filing of an Unlawful Lien, Levy, Burden, Charge, Liability, Garnishment, Encumbrance, or Attachment**: Means any attempt by any Representative of "government of the United States" or the "UNITED STATES Corporation", to place a lien, levy, garnishment, or attachment on the property or collateral of the Secured Party or Trust. Any such Representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referenced as The Panel, selected by the Secured Party or Trust. Said Representative must guarantee in writing that the Representative signing said documents will be personally liable for any damage(s) due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the Representative have violated any laws or caused damage to the Secured Party or Trust. The Panel will have the sole power to determine if any damage(s) has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said Representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative by the Secured Party. Said Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Secured Party's Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party or Trust shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The Representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative.

75. **Trespassing/Trespass**: Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles,

recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Secured Party without Secured Party's express written permission, or without a lawfully executed fourth (4th) amendment warrant, and any and all Representatives of "government of the United States" or the "UNITED STATES Corporation", will fully and completely observe any and all protections as outlined in the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of NEW JERSEY." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in the Legal Notice and Demand document. Secured Party solemnly swears and affirms that Secured Party does not have any illegal contraband on Secured Party or Trusts property; Secured Party has never had any illegal contraband on or around my property and never will. Secured Party simply does not allow it on Secured Party's or Trusts property. Any contraband if it is found on said property will have been introduced by the officers or agents during time of trespass. Contraband or illegal items if they are found in a search do not belong to Secured Party or Trust and may not be used in any attempt in any claim against me. Any and all Representatives of the "government of the United States" or the "UNITED STATES Corporation", will be held individually and personally liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

76. **Transmitting Utility:** the term "Transmitting Utility "JOHN HENRY DOE©, also known as JOHN HENRY DOE TRUST©", and any and all derivatives and variations in the spelling of said name except John-Henry: Doe.

77. **TRUST:** means "MELVIN KAMAR YOUNG TRUST ©" also known by any and all derivatives and variations in the spelling of said name with the exception of "John-Henry: Doe", this is a copyrighted entity with all rights reserved.

78. **Trustee:** means "John-Henry: Doe".

79. **UCC:** Herein the term "UCC" means Uniform Commercial code.

80. **Unalienable Rights (Inalienable Rights):** Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," of the Constitution of the State of NEW JERSEY such as, but not limited to right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

81. **Unfounded Accusations:** Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized Representative of the "government of the United States" or the "UNITED STATES Corporation". The accuser has eight (8) hours to provide said documents to be reviewed and in possession of the Secured Party; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

82. **UNITED STATES Corporation:** "UNITED STATES Corporation" means the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including, but not limited to the "STATE OF NEW JERSEY", or by whatever name it may currently be known or be hereafter named (Exclusive of the "State of NEW JERSEY", i.e., "Republic of NEW JERSEY").

83. **united States of America:** The term "united States of America " , when used in this Contract is distinguished by being written in upper and lower case letters, except that the first letter of the first word, i.e., "united" is a lower case letter, and means that union of independent sovereign nations, states and republics, which as colonies of Great Britain and having declared their independence from Great Britain in The Declaration of Independence adopted July 4, 1776, and having won their independence from Great Britain in the American Revolutionary War, and thereafter having gained recognition as independent sovereign nations, states and republics in international law by the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd, and its two addendums signed by the then Kings of Spain and France, and which independent sovereign nations and states did adopt the "Articles of Confederation" of 1778 and thereafter adopted the "Constitution for the united States of America" in 1787. The word "united States of America", when used in this Contract, does not include the UNITED STATES Corporation, as that term is defined herein.

84. **Unlawful Arrest:** Means restricting the Secured Party's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of "Competent Jurisdiction" while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the lawful rights of the Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the STATE. This includes arrest when the Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus, arrest for conspiracy of any kind without lawfully documented affidavits from at least two (2) eye witnesses, signed under oath and penalty of perjury.

85. **Unlawful Detainer:** Means any attempt by any officer of the court or Representative of the "government of the United States" or the "UNITED STATES Corporation" to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold the Secured Party without affording him every protection as outlined by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of NEW JERSEY." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which the Secured Party is involved.

86. **Unlawful Detention:** Means restraining the Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the Representative has been

Attachment A - Definitions                           Page 7 of 8                                    8595MFE

notified by the Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

87. **Unlawful Determination**: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of the Secured Party or Trust, or group of Secured Parties, that is not proven by documented authorized certified evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other Representative of the "government of the United States" or the "UNITED STATES Corporation".

88. **Unlawful Distraint**: Means seizure or taking of any property that is lawfully owned or in possession of the Secured Party or Trust that Secured Party Represents without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any Representative, in any capacity, or relationship with the "government of the United States" or the "UNITED STATES Corporation" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

89. **Unlawful Restraint**: Means any action by any Representative to prevent, coerce, intimidate, hinder, or in any way limit the right of the Secured Party or Trust from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any citizen of the United States or of the State of NEW JERSEY.

90. **US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT for the purchase of an official one troy ounce 99.999% Pure Silver Coin, whichever is higher at the time of the offense.

91. **Verbal Abuse**: Means the use of offensive, and /or threatening verbal words, body language, and nonverbal gestures or actions by any representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, upon the Secured Party. If a controversy arises about an incident, the version told by the Secured Party will be accepted as truth and will not be contested.

92. **Vessel in Commerce**: "vessel in commerce" means the strawman, MELVIN KAMAR YOUNG© TRUST, and any and all derivatives and variations in the spelling of said name except John-Henry: Doe, a transmitting utility, an all-capital letter name representing the Strawman/Trust entity/Ens Legis for the use in commerce by which the Trustee/Secured Party/Trustee can participate in commerce, and appear in court.

93. **Victim**: Means the **Secured** Party or Trust who has received direct damages to themselves or their property as the result of an unlawful or illegal act by another.

94. **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law where no Natural Man or Woman has been **damaged**. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman or the property thereof.

95. **Willingly**: Means that a Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or **coercion**, during any interaction in which he is involved with any Representative of any court or Corporation, including incorporated governments.

96. **Written or Verbal Agreement**: Means any agreement entered into by the Secured Party or Trust, written or verbal. Any question of any contract will be resolved **by** an affidavit from the Secured Party or Secured Party on Behalf of Trust. Secured Party's affidavit whether in behalf of the Secured Party or the Trust, will be considered fact in any action or dispute, without question of any Representative of any Corporation, including incorporated governments.

# Public Servant Questionnaire

This questionnaire must be filled-out by any public servant before s/he can ask any question of Melvin Kamar Young, Trustee/Secured Party/Bailor. This Questionnaire is not specific to you, this is the general policy and procedure of the aforementioned private man with all public Servants in any type of public relations. This Questionnaire is provided authorized under Federal law, including the Privacy Act, 5 U.S.C. 552a, 88 Stat. 1896, et seq., 1974, as well as applicable state laws. This is not a failure to cooperate but rather provision to establish the capacity in which we are contracting as well as open and fair dealing under the Good Faith Oxford, Clean Hands, and Fair Dealings Doctrines. A blank copy of this documentation is also on record with the Secretary of State as a matter of public record under Necessity as a matter of established policy and procedure.

1. Public servant's full legal name: _____

2. Public servant's residence address: _____

3. Name of agency: _____

4. ID number: _____

5. Badge Number: _____

6. Bonding agency and number: _____

(Internal Use Only)
Did public servant provide proof of identity? ☐ Yes ☐ No

7. Full legal name of supervisor and office address: _____

8. Will you as a public servant uphold the constitution of the United States?  ☐ Yes   ☐ No

9. Will you as a public servant furnish a copy of the law or regulation that authorizes the action being taken or information requested in this case?  ☐ Yes   ☐ No

10. Will you as a public servant provide in writing, that portion of the law authorizing the questions asked?  ☐ Yes   ☐ No

11. Are answers to your questions voluntary or mandatory?  Voluntary   Mandatory

12. What will be the effect upon me if I should not choose to answer any or all of these questions? _____

13. Are the questions being asked based upon a specific law or regulation, or are they a discovery process?  ☐ Law/Regulation   ☐ Discovery Process

14. If based on a specific law or regulation, please state: _____

15. What other uses may be made of this information? _____

16. What other agencies may have access to this information? _____

17. Name of person in government requesting this information: _____

18. Is this investigation general or special?  ☐ General   ☐ Special

Note: by 'general,' it means any kind of blanket investigations in which a number of persons are involved because of geography, type of business income, etc. By 'special,' it means any investigation of an individual nature in which others are not involved.

19. Have you consulted, questioned, interviewed, or received information from any third party relating to this matter?  ☐ Yes   No

20. If yes, give identity of all such third parties:  1) _____
(Use back of sheet if more area is needed.)  2) _____

21. Do you reasonably anticipate either a civil or criminal action to be initiated or pursued based upon any of the information, which you seek?  ☐ Yes   No

22. Is there a file of records, information, or correspondence relating to me being maintained by this agency?  Yes   No

23. Is this agency using information on me, which was supplied by another agency or government source?  Yes   No

24. Will the public servant guarantee that no department [other than the one by which he is employed] will use the information in these files?  ☐ Yes   No

I hereby sign and affirm under the penalty of perjury that the answers supplied herein are true and correct in every particular.

_____
Signature of Public Servant

Would you like a copy of this completed Questionnaire to be provided to the address you listed above?  ☐ Yes   ☐ No

**Notice :** If any person or agency receives any request for information relating to the aforesaid, the aforesaid must be advised in writing before releasing such information. Failure to do so may subject you to possible civil or criminal action as provided by this act and/or other applicable law(s).

Public Servants Questionnaire                 Page 1 of 1                 Form No.: 03051975-JHD-PSQLND